UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARGARET E. DOCTOR,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | ) No. EDCV 05-714 FFM<br>)<br>) JUDGMENT OF REMAND<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Order dated August 7, 2008.

DATED: August 7, 2008

/S/ FREDERICK F. MUMM
FREDERICK F. MUMM
United States Magistrate Judge